**UNITED STATES of America,
Appellee,**

v.

**Ernesto LARA–VALENZUELA, also known as Manuel Hurtado–Millan, also known as Negro, also known as Mario Martinez, also known as Manuel Hurtado, Appellant.**

**No. 05–1480.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 3, 2006.

Decided Jan. 10, 2006.

Mark A. Vargo, Rapid City, SD, Jan Leslie Holmgren, Sioux Falls, SD, for United States of America.

Ernesto Lara–Valenzuela, Rapid City, SD, pro se.

Gregory John Sperlich, Demersseman & Jensen, Rapid City, SD, for Ernesto Lara–Valenzuela, also known as Manuel Hurtado–Millan, also known as Negro, also known as Mario Martinez, also known as Manuel Hurtado.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Ernesto Lara–Valenzuela challenges the sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute 50 or more grams of a mixture containing methamphetamine, and cocaine (amount unspecified), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846. His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Lara–Valenzuela's sentence is unreasonable.

The sentence is not unreasonable. The district court gave Lara–Valenzuela a sentence within the applicable advisory Guidelines range, stated that it had considered the sentencing factors listed in 18 U.S.C. § 3553(a), and heard argument from counsel regarding Lara–Valenzuela's criminal history and drug addiction. *See United States v. Lincoln,* 413 F.3d 716, 717–18

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.

(8th Cir.2005) (Guidelines sentence based on § 3553(a) factors is presumptively reasonable), *cert. denied,* —— U.S. ——, 126 S.Ct. 840, 163 L.Ed.2d 715 (2005) (No. 05–7506).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.